STEVEN D. WEGNER, California Bar No. 58585    JS-6
1950 Sawtelle Boulevard, Suite 120
Los Angeles, California 90025
Telephone: (310) 571-3511
Facsimile: (310) 203-1500
e-mail: sdwegnerlaw@aol.com

Attorney for Plaintiff
Pacific Studios, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Studios, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST BACKINGS, INC., a California corporation, and Does 1 to 10 inclusive,<br><br>Defendants. | Case No. CV12-00692-MWF (JCGx)<br><br>STIPULATION AND ORDER GRANTING PERMANENT INJUNCTION |

INTRODUCTION

Plaintiff Pacific Studios, Inc. ("Plaintiff" or "Pacific") filed the Complaint on January 26, 2012, its First Amended Complaint on July 19, 2012, and its Second Amended Complaint ("SAC") on January 18, 2013. The SAC contains claims for copyright infringement, misuse of copyright management information, and declaratory relief. The first claim in the SAC seeks damages and other relief for the infringement of its copyright on thirteen (13) images pursuant to 17 U.S.C. section 501 *et seq.* while the second claim seeks damages and other relief with

respect to the copyrighted images and other Pacific images which together total 306 for the misuse of copyright management information pursuant to 17 U.S.C. section 1202, *et seq.*, and the third claim seeks a judicial declaration that Pacific is the sole owner of all the aforementioned images.

The only parties to this action, Pacific Studios, Inc. ("Pacific") and West Coast Backings, Inc. ("West Coast"), collectively referred to hereafter as "the Parties," have agreed to settle this case by the issuance of a Permanent Injunction ("the Injunction") whose terms have been approved by the Parties and their respective counsel and which terms, per the agreement of the Parties and counsel, are consistent with traditional principles of equity and the four factors set forth in *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006).

## DEFINITIONS

"IMAGES" refers to the images identified as belonging to Pacific and attached as Exhibits 1, 2 and 3 to the SAC or any other West Coast may discover in the future, which it obtained from Terence Ward, and which were taken by Ward or some other person as a Pacific Studios' work for hire. The term "IMAGES" includes negatives, digital files, contact prints, low resolution images or any functional equivalent from which the IMAGES have been or can be derived. A hard copy list of the IMAGES which will be governed by this Permanent Injunction is attached hereto as Exhibit 1. Two CD Roms containing low resolution copies of the IMAGES are being lodged as Exhibits 2 and 3 by Pacific in accord with Local Court Rule 11-5.1.

"MEDIA" refers to all methods of viewing the IMAGES now existing or yet to be invented, by which they can be displayed for a commercial or any other purpose. Existing methods of viewing IMAGES include, but are not limited to, display on CD ROMs, through flash drives or other information storage devices, Internet web sites, social media sites, slot machines and other gaming devices, video game machines, still pictures, motion picture screens, television screens,

1 note pads, music and other videos, holograms, billboards, clothing, stationery, logos and all other surfaces on which IMAGES can be made to appear or methods by which they can be viewed.

"BACKINGS" refers to background scenes used in film, television and other MEDIA and elsewhere that depict and/or have been derived from the IMAGES or some portion of one or more IMAGES. BACKINGS are many feet wide and long and are fabricated using film, vinyl and other materials.

"BERRY" is the sole director of West Coast and its current President. He is signing this Stipulation and Order on West Coast's behalf.

"PERSON" includes all individuals, joint ventures, limited partnerships, limited liability companies, corporations, or other entities formed in the United States or in any foreign country to accomplish a commercial or any other purpose.

"PICTURES" refers to all objects, materials or surfaces other than BACKINGS which depict or contain any portion of any of the IMAGES.

IT IS HEREBY STIPULATED:

1. West Coast affirms and states that the definition of BERRY appearing above is true and accurate.

2. West Coast, its officers, directors, agents, employees, and representatives such as BERRY, and any PERSON acting in concert with them as well as all successors and assigns of West Coast and BERRY, are permanently enjoined from:

   a. Renting, selling, licensing, displaying, or placing the IMAGES in any MEDIA in the United States or any foreign country, or assisting any PERSON from doing so;

   b. Intentionally inducing, aiding, assisting, abetting or encouraging any PERSON from utilizing or placing the IMAGES in any MEDIA in the United States or any foreign country.

\ \ \

3. West Coast, within ten (10) calendar days of Pacific's receipt of the fully executed Settlement Agreement and Mutual General Release containing the notarized signature of William David Berrry, and this Stipulation and Order executed by him on behalf of West Coast and by West Coast's counsel, as well as Pacific and its counsel, shall deliver to Pacific at 8315 Melrose Avenue, Los Angeles, CA 90069 all of the following which are in its possession or to which it retains title:

    a. All BACKINGS;

    b. All PICTURES;

    c. The following negatives identified by West Coast all identifying numbers prefaced by the letters "WC": 1009, 1025, 1135, 1136L, 1136R, 1147, 1179, 1181, 1189, 1227, 1243, 1244, 1655, 1702, 1703, 1710, 11015, 1187, 1144 and 11022.

    d. All transparencies, negatives, digital files, CD ROMs, scans, hard copy prints, hard drives, or other materials on which copies of the negatives or their equivalent identified in subpart (c) are stored or exist;

    e. All promotional materials, including but not limited to print catalogs. logos or postcards, that contain copies of any of the IMAGES or any part thereof.

On or before the above-mentioned date, West Coast shall provide a written inventory of each item or compilation of items it delivered to Pacific. The inventory shall identify each item, or the contents of each compilation, by the same alpha numeric assigned to it in Exhibit 1.

4. All materials described in paragraph 3 that may be discovered at any time in the future by West Coast, its officers, directors, agents, employees, or representatives like BERRY, or any PERSON acting in concert with them, or any successor or assign of West Coast or BERRY, shall be delivered to Pacific within 2 (two) weeks of discovery at the address appearing in said paragraph.

\ \ \

\ \ \

1      5. West Coast represents and warrants that it has made a good faith effort to remove from its hard drives and other data storage devices to which it has access all low resolution images derived from the IMAGES.

     6. This court retains jurisdiction over this matter for purposes of enforcing and applying this Permanent Injunction to and including amending the SAC to include IMAGES identified in this Injunction but not identified in the SAC, and may award attorney's fees and costs to the prevailing party.

Dated: May 2, 2013      _____
                               Marilyn Aninger, Ph.D.,
                               President, CEO and Chairman of
                               the Board of Directors of
                               Pacific Studios, Inc.

Dated: April 3, 2013      _____
                               Steven D. Wegner
                               Attorney for Plaintiff
                               Pacific Studios, Inc.

                               BOOTH LLP

Dated: April 2, 2013      _____
                               Jason M. Booth
                               Attorney for Defendant
                               West Coast Backings, Inc.

Dated April 30, 2013      _____
                               William David Berry, President, CEO
                               and Chairman of the Board of
                               West Coast Backings, Inc.

\\\
\\\

             GOOD CAUSE APPEARING, IT IS HEREBY SO ORDERED.

*STIPULATION AND ORDER GRANTING PERMANENT INJUNCTION*

Dated: May 8, 2013

Michael W. Fitzgerald
United States District Judge.

EXHIBIT 1

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 230 | WC - 1700 |
| CT - 1679 | WC - 1700 |
| CT - 231 | WC - 1701 |
| Ct - 1678 | WC - 1701 |
| CT - 1480 | WC - 1702 |
| CT - 182 | WC - 1703 |
| CT - 163 | WC - 1703 |
| CT - 1569 | WC - 1710 |
| CT - 1340 | WC - 1704 |
| CT - 1340 | WC - 1704 A |
| CT - 1341 | WC - 1705 |
| CT - 1341 | WC - 1705 A |
| CT - 233 | WC - 1500 |
| CT - 234 | WC - 1501 |
| CT - 297 | WC - 1502 |
| CT - 297 | WC - 1502 A |
| CT - 1158 | WC - 1503 |
| CT - 83 | WC - 1506 |
| CT - 1501 | WC - 1308 |
| CT - 858 | WC - 1309 |
| CT - 1274 | WC - 1307 |
| CT - 865 | WC - 1307 |
| CT - 1275 | WC - 1306 |
| CT - 863 | WC - 1306 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 818 | WC - 1310 |
| CT - 1233 | WC - 1300 |
| CT - 1234 | WC - 1301 |
| CT - 1214 | WC - 1304 |
| CT - 1215 | WC - 1305 |
| CT - 313 | WC - 1311 |
| CT - 555 | WC - 1311 |
| CT - 859 | WC - 1302 |
| CT - 859 | WC - 1302 A |
| CT - 860 | WC - 1303 |
| CT - 116 | WC - 1401 |
| CT - 116 | WC - 1401 A |
| CT 183 | WC - 1402 |
| CT - 47 | WC - 1403 |
| CT - 299 | WC - 1403 |
| CT - 949 | WC - 1405 |
| CT - 786 | WC - 1409 |
| CT - 913 | WC - 1404 |
| CT - 1157 | WC - 1404 |
| CT - 798 | WC - 1400 |
| CT - 1321 | WC - 1400 |
| CT - 1578 | WC - 1406 |
| CT - 1606 | WC - 1406 |
| CT - 1577 | WC - 1407 |
| CT - 1574 | WC - 1407 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 429 | WC - 1408 A |
| CT - 1094 | WC - 1604 |
| CT - 29 | WC - 1226 |
| CT - 29 | WC - 1226 |
| CT - 298 | WC - 1227 |
| CT - 298 | WC - 1227 |
| CT - 271 | WC - 1228 |
| CT - 272 | WC - 1239 |
| CT - 505 | WC - 1204 BLV |
| CT - 1167 | WC - 1700 |
| CT - 1167 | WC - 1235 |
| CT - 1168 | WC - 1236 |
| CT - 1179 | WC - 1229 |
| CT - 1178 | WC - 1230 |
| CT - 1249 | WC - 1237 |
| CT - 1250 | WC - 1238 |
| CT - 1198 | WC - 1238 |
|  |  |
| CT - 55 | WC - 1222 |
| CT - 866 | WC - 1217 |
| CT - 1447 | WC - 1217 |
| CT - 1052 | WC - 1217 |
| CT - 1176 | WC - 1205 |
| CT - 546 | WC - 1268 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 546 | WC - 1268 A |
| CT - 496 | WC - 1200 |
| CT - 497 | WC - 1201 |
| CT - 1594 | WC - 1209 |
| CT - 1595 | WC - 1210 |
| CT - 832 | WC - 1215 |
| CT - 833 | WC - 1216 |
| CT - 917 | WC - 1218 |
| CT - 626 | WC - 1218 |
| CT - 918 | WC - 1219 |
| CT - 627 | WC - 1219 |
| CT - 210 | WC - 1243 |
| CT - 1331 | WC - 1602 |
| CT - 362 A | WC - 1602 |
| CT -1502 | WC - 1607 |
| CT - 1616 | WC -1605 |
| CT - 775 | WC - 1600 |
| CT - 775 | WC - 1600 A |
| CT - 776 | WC - 1601 |
| CT - 776 | WC - 1601A |
| CT - 263 | WC - 1611 |
| CT - 264 | WC - 1612 |
| CT - 337 | WC - 1613 |
| CT - 338 | WC - 1614 |
| | |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
|  |  |
|  |  |
| CT - 537 | WC - 1606 |
| CT - 1272 | WC - 1606 |
|  |  |
|  |  |
| CT - 1504 | WC - 1608 |
| CT - 1496 | WC - 1609 |
|  |  |
| CT - 1054 | WC - 1202 |
| CT - 1055 | WC - 1203 |
| CT - 496 | WC - 1200 |
| CT - 497 | WC - 1201 |
| CT - 1443 | WC - 1208 |
| CT - 1444 | WC - 1207 |
| CT - 951 | WC - 1220 |
| CT - 952 | WC - 1221 |
| CT - 1525 | WC - 11015 |
| CT - 1525 | WC - 1187 |
| CT - 1525 | WC - 1144 |
| CT - 1525 | WC - 11022 |
| CT - 749 | WC - 1244 |
| CT - 726 | WC - 1244 |
| CT - 666 | WC - 1000 |
| CT - 1159 | WC - 1225 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 967 | WC - 1001 |
| CT - 361 | WC - 1002 |
| CT - 361 | WC - 1002 A |
| CT - 1325 | WC - 1004 |
| CT - 1325 | WC - 1004 A |
| CT - 1326 | WC - 1005 |
| CT - 1326 | WC - 1005 A |
| CT - 965 | WC - 1006 |
| CT - 540 | WC - 1003 |
| CT - 1311 | WC - 1007 |
| CT - 1312 | WC - 1008 |
| CT - 1718 | WC - 1157 |
| CT - 1719 | WC - 1158 |
| CT - 1716 | WC - 1110 |
| CT - 1717 | WC - 1111 BLV |
| CT - 740 | WC - 1009 |
| CT - 741 | WC - 1010 |
| CT - 736 | WC - 1011 |
| CT - 737 | WC - 1012 |
| CT - 1647 | WC - 1101 |
| CT - 1694 | WC - 1102 |
| CT - 1346 | WC - 1013 |
| CT - 1347 | WC - 1014 |
| CT - 1342 | WC - 1015 |
| CT - 1344 | WC - 1016 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 1343 | WC - 1035 |
| CT - 1345 | WC - 1036 |
| CT - 851 | WC - 1017 |
| CT - 852 | WC - 1018 |
| CT - 910 | WC - 1019 BFLV |
| CT - 910 | WC - 1019 |
| CT - 911 | WC - 1020 BBLV |
| CT - 911 | WC - 1020 |
| CT - 309 | WC - 1021 |
| CT - 310 | WC - 1022 |
| CT - 963 | WC - 1023 |
| CT - 964 | WC - 1024 |
| CT - 953 | WC - 1106 |
| CT - 1174 | WC - 1025 |
| CT - 1174 | WC - 1026 BLV |
| CT - 86 | WC - 1027 A |
| CT - 451 | WC - 1028 |
| CT - 452 | WC - 1029 |
| CT - 447 | WC - 1030 |
| CT - 448 | WC - 1031 |
| CT - 1281 | WC - 1032 |
| CT - 1281 | WC - 1032 A |
| CT - 806 | WC - 1032 |
| CT - 806 | WC - 1032 A |
| CT - 1282 | WC - 1033 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 805 | WC - 1033 |
| CT - 70 | WC - 1085 |
| CT - 1054 | WC - 1202 |
| CT - 1055 | WC - 1203 |
| CT - 1443 | WC - 1207 |
| CT - 1444 | WC - 1208 |
| CT - 832 | WC - 1211 A |
| CT - 832 A | WC - 1211 A |
| CT - 832 | WC - 1211 B |
| CT - 832 A | WC - 1211 B |
| CT - 833 | WC - 1212 B |
| CT - 833 | WC - 1212 A |
| CT -832 | WC - 1211 FL |
| CT - 1545 | WC - 1213 |
| CT - 352 | WC - 1213 |
| CT - 1546 | WC - 1214 |
| CT - 1088 | WC - 1214 |
| CT - 832 | WC - 1215 |
| CT - 833 | WC - 1216 |
| CT - 29 | WC - 1226 |
| CT - 298 | WC - 1227 |
| CT - 184 | WC - 1231 |
| CT - 1451 | WC - 1232 |
| CT - 185 | WC - 1232 |
| CT - 1452 | WC - 1232 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 505 | WC - 1204 BLV |
| CT - 959 | WC - 1103 |
| CT - 845 | WC - 1176 |
| CT - 1253 | WC - 1133 |
| CT - 868 | WC - 1135 |
| CT - 274 | WC - 1149 |
| CT - 333 | WC - 1130 |
| CT - 1177 | WC - 1109 |
| CT - 1115 | WC - 1109 |
| CT - 1580 | WC - 1152 |
| CT - 1581 | WC - 1153 |
| CT - 1581 | WC - 1153 A |
| CT - 1718 | WC - 1157 |
| CT - 1719 | WC - 1158 |
| CT - 1583 | WC - 1158 |
| CT - 1716 | WC - 1110 |
| CT - 1582 | WC - 1110 |
| CT - 1717 | WC - 1111 BLV |
| CT - 1583 | WC - 1111 BLV |
| CT - 867 | WC - 1156 |
| CT - 761 | WC - 1105 |
| CT - 1367 | WC - 1138 |
| CT - 1186 | WC - 1703 |
| CT - 226 | WC - 1136 L |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 226 | WC - 1136 R |
| CT - 227 | WC - 1154 |
| CT - 178 | WC - 1123 |
| CT - 179 | WC - 1124 |
| CT - 1449 | WC - 1127 |
| CT - 178 | WC - 1127 |
| CT - 181 | WC - 1147 L |
| CT - 113 | WC - 1176 |
| CT -114 | WC - 1179 |
| CT - 1064 | WC - 1119 |
| CT - 1065 | WC - 1120 |
| CT - 603 | WC - 1116 |
| CT - 937 | WC - 1148 A |
| CT - 937 | WC - 1148 B |
| CT - 1004 | WC - 1145 |
| CT - 246 | WC - 1118 |
| CT - 132 | WC - 1118 |
| CT - 1446 | WC - 1134 |
| CT - 916 | WC - 1122 |
| CT - 140 | WC - 1137 |
| CT - 1268 | WC - 1139 |
| CT - 916 | WC - 1139 |
| CT - 1428 | WC - 1114 |
| CT - 1428 | WC - 1115 |
| CT - 1017 | WC - 1146 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT - 1053 | WC - 1125 |
| CT - 1086 | WC - 1126 |
| CT - 1547 | WC - 1150 |
| CT - 1245 | WC - 1150 |
| CT - 1548 | WC - 1128 |
| CT - 1246 | WC - 1128 |
| CT - 568 | WC - 1159 |
| CT - 939 | WC - 1117 |
| CT - 207 | WC - 1189 |
| CT - 205 | WC - 11042 |
| CT - 533 | WC - 1151 |
| CT - 531 | WC - 1113 BLV |
| CT - 1020 | WC - 1104 |
| CT - 446 | WC - 1108 |
| CT -1623 | WC - 1110 |
| CT - 1623 | WC - 1180 |
| CT - 1624 | WC - 1180 |
| CT - 1623 | WC - 1181 |
| CT - 1624 | WC - 1181 |
| CT - 204 B | WC - 1131 L |
| CT - 204 A | WC - 1131 R |
| CT - 1221 | WC - 1140 |
| CT - 1222 | WC - 1141 |
| CT - 1645 Night | WC - 1077 BLV |
| CT - 1645 Night | WC - 1077 A |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT -1402 | WC - 1414 |
| CT - 1403 | WC - 1414 |
|  |  |
| CT-876 | WC-1224 |
| CT-830 | WC-1241a |
| CT-360 | WC-1242 |
| CT-1276 | WC-1142 |
| CT-1150 | WC-1034 |
| Pacific Studios Calendar 1986- July- "Midtown Manhattan 1985" | WC-1129 |
| PC-1564, PC-1565 | WC-1143 |
| CT-188 | WC-1155 |
| PC-3221 | WC-1175 |
| CT-113 | WC-1178 |
| CT-344 | WC-1182 |
| PC-2267 | WC-1183 |
| PC-2081 | WC-1185 |
| CT-1703 | WC-1186 |
| CT-207 | WC-1188 |
| CT-457 | WC-1234 |
| PC-1567 | WC-1653 |
|  |  |
| CT-507, CT-1311, CT-1603 | WC-10041 (day) |
| CT-510, CT-1312 | WC-10041 (night) |
| CT-1716, CT-1718 | WC-11072 |

| Pacific Studio, Inc. | West Coast Backings |
|---|---|
| CT-1717, CT-1719 | WC-11073 |
| CT-1580, CT-1584 | WC-11074 |
| CT-1581 | WC-11075 |
| CT-361 | WC-10220 (day) |
| CT-361 | WC-10220 (night) |
| CT-1249 | WC-12058 (day) |
| CT-1250 | WC-12058 (night) |
| PC-3137, PC-3138, CT-205 | WC-11042 |
| PC-3197, CT-207 | WC-11043 |
|  |  |
|  |  |