STEVEN D. WEGNER, California Bar No. 58585
1950 Sawtelle Boulevard, Suite 120
Los Angeles, California 90025
Telephone: (310) 571-3511
Facsimile: (310) 203-1500
e-mail: sdwegnerlaw@aol.com

JS-6

Attorney for Plaintiff
Pacific Studios, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Studios, Inc., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST COAST BACKINGS, INC., a California corporation, and Does 1 to 10 inclusive,<br><br>    Defendants. | Case No. CV12-00692-MWF (JCGx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF ACTION WITH RETENTION OF LIMITED JURISDICTION**<br><br>ACTION FILED: January 26, 2012<br>TRIAL DATE: June 18, 2013<br>CASE CLOSED: May 9, 2013 |

    WHEREAS, the parties hereto have stipulated to the dismissal with prejudice of the instant action save and except for the court's retention of ongoing jurisdiction for purposes of enforcing the Injunction issued by this court on May 9, 2013 (see Docket Numbers 43 and 44), and

    WHEREAS, the parties have represented that the entry of such a dismissal is in accord with the terms of paragraph 3 of

*[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ACTION WITH RETENTION OF LIMITED JURISDICTION*
Page
1

a "Settlement Agreement and Mutual General Release" entered into by them on or about April 30, 2013,

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice save and except for the court's retention of ongoing jurisdiction for purposes of enforcing the Injunction issued by this court on May 9, 2013 (see Docket Numbers 43 and 44).

IT IS FURTHER ORDERED

Dated: May 28, 2013

_____
United States District Judge